Date: 03/02/10　　　　　　　　DIVIDENDS REMITTED TO THE COURT　　　# 149904　　Page:

Case Number 09-16477 -mc- FRANGOS, STEVEN M

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Stephanie Stanton<br>PO Drawer A<br>Pine Bluff, AR 71611<br>(8-1) taxes | 000008 | 2.84 | 0.12　ck/02 |
| ---------- Remittance Total --------------- | | 2.84 | 0.12 |

_____
MARVIN A. SICHERMAN, Trustee

FILED 2010 MAR -3 AM 10:20 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND